UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seneca Insurance Company, Inc. | Case No. CV 16-06756-AB (JCx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| The Hanover Insurance Company | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 4, 2017 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE